**William R. MEEK, Appellant,**

v.

**Margaret MEEK, Appellee.**

Court of Appeals of Kentucky.

Sept. 16, 1960.

See also 318 S.W.2d 851.

Claude E. Smith, Owensboro, for appellant.

Louise G. Kirtley, Owensboro, for appellee.

BIRD, Chief Justice.

William R. Meek moved for modification of a judgment concerning the maintenance and custody of infant children. The trial judge made minor modifications but overruled the major portion of the motion. He appeals.

Upon examination of the record we find that the trial judge has not abused his discretion and we therefore decline to disturb his findings. Petrie v. Petrie, Ky., 262 S.W.2d 182; Wilkey v. Glisson, Ky., 303 S.W.2d 266.

The judgment is affirmed.